Sherianne Laba, SBN 204247
CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS
Special Education Division
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4231
Telephone: (916) 263-0880
Facsimile: (916) 376-6319

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M.P.,

    Plaintiff,

v.

OFFICE OF ADMINISTRATIVE HEARINGS
et al.,

    Defendants.

CASE NO. C07-05989

**JOINDER IN NOTICE OF REMOVAL OF ACTION**

Defendant California Office of Administrative Hearings ("OAH") hereby joins in Defendant Alameda Unified School District's Notice of Removal to this Court of the State Court Action Described in the Said Notice of Removal.

Dated: November 27, 2007

Respectfully submitted,

OFFICE OF ADMINISTRATIVE HEARINGS

SHERIANNE LABA
Presiding Administrative Law Judge
Office of Administrative Hearings

00002\066\PLD\SR053670.WPD