

1  Gregory A. Wedner, SBN 067965
   Sloan R. Simmons, SBN 233752
2  **LOZANO SMITH**
   2000 Crow Canyon Place, Suite 200
3  San Ramon, CA 94583-1344
   Telephone: (925) 302-2000
4  Facsimile: (925) 302-2010

5  Attorneys for Defendant/Respondent
   ALAMEDA UNIFIED SCHOOL DISTRICT

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  M.P.,                              )   CASE NO.  Case No. C07-05989 EMC
                                       )
12          Plaintiff/Petitioner,      )   **DEFENDANT ALAMEDA UNIFIED**
                                       )   **SCHOOL DISTRICT'S ANSWER**
13  v.                                 )
                                       )
14  OFFICE OF ADMINISTRATIVE HEARINGS  )
    et al.,                            )
15                                     )
                                       )
16          Defendants/Respondents.    )
    _____)

17

18          Defendant ALAMEDA UNIFIED SCHOOL DISTRICT ("District"), pursuant to Rules 8 and 81 of

19  the Federal Rules of Civil Procedure, in answer to the "Petition for Appeal," etc., ("Petition") of M.P.

20  ("Plaintiff"), removed by the District from state court, hereby admits, denies and alleges as follows:

21                              **PETITION**

22          1.      In answer to page 2, lines 1 through 3 (commencing at "I am . . ." and ending at ". . .

23  'AUSD.'") of the Petition, the District admits all allegations therein.

24          2.      In answer to page 2, lines 3 through 5 (commencing at "We write . . ." and ending at ". . .

25  Marson.") of the Petition, the District admits the Office of Administrative Hearings ("OAH") issued a

26  decision involving Plaintiff and the District on or about June 19, 2007.  Aside from said admission, the

27  District is without sufficient information, knowledge, or belief to admit or deny the remaining

28  allegations and therefore denies all remaining allegations therein.

Left margin vertical text: 2000 CROW CANYON PLACE, SUITE 200 SAN RAMON, CA 94583-1344   TEL 925-302-2000  FAX 925-302-2010   **LOZANO SMITH**

3.      In answer to page 2, lines 5 through 14 (commencing at "The nature . . ." and ending at ". . . action.") of the Petition, the District is without sufficient information, knowledge, or belief to admit or deny the allegations and therefore denies all allegations therein.

4.      In answer to page 2, lines 14 through 20 (commencing at "Courts . . ." and ending at ". . . case.") of the Petition, the District asserts that the allegations consist of speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, the District denies all allegations therein.

5.      In answer to page 2, lines 20 through 22 (commencing at "The nature . . ." and ending at ". . . response.") of the Petition, the District is without sufficient information, knowledge, or belief to admit or deny the allegations and therefore denies all allegations therein.

6.      In answer to page 3, lines 1 through 2 (commencing at "A special education . . ." and ending at ". . . April.") of the Petition, the District admits that OAH held a hearing from April 2 to April 6, 2007, involving a special education due process dispute between Plaintiff and Plaintiff's parents, and the District.  Aside from said admission, the District is without sufficient information, knowledge, or belief to admit or deny the remaining allegations and therefore denies all remaining allegations therein.

7.      In answer to page 3, lines 2-3 through 4 (commencing at "The parties . . ." and ending at ". . . 2007.") of the Petition, the District admits all allegations therein.

8.      In answer to page 3, lines 5 through 9 (commencing at "Petitioner did not . . ." and ending at ". . . California.") of the Petition, the District denies all allegations therein.

9.      In answer to page 3, lines 9 through 14 (commencing at "Additionally . . ." and ending at ". . . disabilities.") of the Petition, the District admits that the law firm Lozano Smith represents the District in various capacities, including matters relating to Plaintiff, and that the District receives funding from the State for special education services provided to students such as Plaintiff.  Aside from said admissions, the District asserts that the allegations consist of speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, the District denies all remaining allegations therein.

10.     In answer to page 3, lines 14 through 17 (commencing at "This relationship . . ." and ending at ". . . federal complaint.") of the Petition, the District denies all allegations therein.

LOZANO SMITH
2000 CROW CANYON PLACE, SUITE 200 SAN RAMON, CA 94583-1344
TEL.925-302-2000 FAX.925-302-2010

11.    In answer to page 3, lines 17 to 18 (commencing at "The fact . . ." and ending at ". . . No. 05-04977VRW.") of the Petition, the District admits that the disputes resulting in OAH's due process decision rendered on or about June 19, 2007, and connected to pending federal court litigation involving Plaintiff, the District and other parties, concern issues regarding Plaintiff's special education and related services.  Aside from said admissions, the District denies that all of the same parties are or were involved in disputes resulting in OAH's due process decision rendered on or about June 19, 2007 and pending federal court litigation involving the Plaintiff, the District, and other parties, or that the District deprived Plaintiff of any special education or related services.  Aside from said admission and denials, the District is without sufficient information, knowledge, or belief to admit or deny the remaining allegations and therefore denies all remaining allegations therein.

12.    In answer to page 3, lines 18 through 23 (commencing at "The merger . . ." and ending at ". . . these issues.") of the Petition, the District denies Plaintiff did not receive a fair or impartial hearing before OAH.  Aside from said denial, the District is without sufficient information, knowledge, or belief to admit or deny the remaining allegations, and/or the District asserts that the allegations consist of speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, the District denies all remaining allegations therein.

13.    In answer to page 4, lines 1 thorough 7 (commencing at "During . . ." and ending at ". . . our son.") of the Petition, the District asserts that the nature and characterization of events set forth in these allegations consist of speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, the District denies all allegations therein.

14.    In answer to page 4, lines 8 through 10 (commencing at "The ALJ . . ." and ending at ". . . benefit.") of the Petition, the District denies all allegations therein.

15.    In answer to page 4, lines 11 through 12 (commencing at "The ALJ further . . ." and ending at ". . . our expense.") of the Petition, the District asserts that OAH's June 2007 decision and determinations therein speak for themselves, and denies all allegations within page 4, lines 11 through 12 (commencing at "The ALJ further . . ." and ending at ". . . our expense.") that attempt to characterize, paraphrase or expand on the language in said decision by OAH or determinations made therein.

LOZANO SMITH
2000 CROW CANYON PLACE, SUITE 200 SAN RAMON, CA 94583-1344
TEL 925-302-2000  FAX 925-302-2010

16.     In answer to page 4, lines 12 through 15 (commencing at "Additionally . . ." and ending at ". . . decision.") of the Petition, the District asserts that said initial case management statement by Plaintiff and OAH's June 2007 decision and determinations therein speak for themselves, and denies all allegations within page 4, lines 12 through 15 (commencing at "Additionally . . ." and ending at ". . . decision.") that attempt to characterize, paraphrase or expand on the language in the said initial case management statement by Plaintiff and decision by OAH or determinations made therein.  Aside from said affirmative allegations, the District is without sufficient information, knowledge, or belief to admit or deny the remaining allegations and therefore denies all remaining allegations therein.

17.     In answer to page 4, lines 15 through 19 (commencing at "The testimonies . . ." and ending at ". . . LEA counsel.") of the Petition, the District denies all allegations therein.

18.     In answer to page 4, line 19, through page 5, line 6 (commencing at "Respectively . . ." and ending at ". . . educational needs.") of the Petition, the District asserts that the allegations consist of speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, the District denies all allegations therein.

19.     In answer to page 5, lines 6 through 9 (commencing at "I declare . . ." and ending at ". . . November 14, 2007.") of the Petition, the District is without sufficient information, knowledge and belief to admit or deny the allegations, and therefore denies all allegations therein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

20.     The District alleges that Plaintiff's Petition fails to state a claim upon which relief may be granted against the District.

## SECOND AFFIRMATIVE DEFENSE

### (Statute[s] of Limitation)

21.     The District alleges that Plaintiff is barred by the applicable statute[s] of limitations from asserting the claims alleged in the Petition against the District.

///

///

2000 CROW CANYON PLACE, SUITE 200 SAN RAMON, CA 94583-1344
TEL 925-302-2000 FAX 925-302-2010
LOZANO SMITH

### THIRD AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

22.    The District alleges that Plaintiff is barred from asserting the claims alleged in the Petition because Plaintiff has failed to satisfy statutory prerequisites to suit and/or failed to exhaust administrative remedies, including those under California Government Code section 900 *et seq.*

### FOURTH AFFIRMATIVE DEFENSE

### (Laches, Waiver, Estoppel, Unclean Hands)

23.    The District alleges that Plaintiff is barred by the equitable doctrines of laches, waiver, estoppel, and/or unclean hands from asserting the claims alleged in the Petition against the District.

### FIFTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

24.    The District alleges that Plaintiff is barred from asserting the claims alleged in the Petition against the District as any alleged damages were not caused by the acts or omissions of District, but by the acts or omissions of Plaintiff or Plaintiff's parents.

### SIXTH AFFIRMATIVE DEFENSE

### (Immunity and Privilege)

25.    The District alleges that Plaintiff is barred from asserting the claims alleged in the Petition against the District as the District's actions are privileged, immune, justifiable, based solely on good faith, and/or otherwise lawful.

### SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

26.    The District is informed and believes, and on that ground alleges that Plaintiff has had, and continue to have, the ability and opportunity to mitigate any and all damages alleged in the Petition, and have failed to act reasonably to mitigate such.

### EIGHTH AFFIRMATIVE DEFENSE

### (Plaintiff Not Prevailing Party)

27.    To the extent that Plaintiff did not experience any success in the underlying administrative action, Plaintiff is not a prevailing party and are barred in whole from an award of attorneys' fees.

DEF.'S ANSWER TO PETITION

-5-

M.P. v. Office of Administrative Hearings et al.
CASE NO. Case No. C07-05989 EMC

LOZANO SMITH

2000 CROW CANYON PLACE, SUITE 200 SAN RAMON, CA 94583-1344
TEL 925-302-2000 FAX 925-302-2010

**PRAYER**

WHEREFORE, the District prays as follows:

1.     That Plaintiff take nothing by way of the Petition;

2.     That Plaintiff's Petition be dismissed with prejudice;

3.     That District recover its attorneys' fees and expenses incurred herein;

4.     For costs of suit incurred herein; and

5.     For such other and further relief as the Court deems just and proper.


Dated:  November 28, 2007

Respectfully submitted,

LOZANO SMITH

GREGORY A. WEDNER
SLOAN R. SIMMONS
Attorneys for Defendant/Respondent
ALAMEDA UNIFIED SCHOOL
DISTRICT

00002\066\PLD\SR053756.WPD

LOZANO SMITH

2000 CROW CANYON PLACE, SUITE 200 SAN RAMON, CA 94583-1344
TEL 925-302-2000  FAX 925-302-2010

DEF.'S ANSWER TO PETITION

-6-

M.P. v. Office of Administrative Hearings et al.
CASE NO. Case No. C07-05989 EMC

**PROOF OF SERVICE**

I, Michelle Barty-Billeci, declare that I am employed in County of Contra Costa, California. I am over the age of eighteen years and not a party to the within action. My business address is 2000 Crow Canyon Place, Suite 200, San Ramon, California, 94583.

On the date below, I served the following document(s):

**DEFENDANT ALAMEDA UNIFIED SCHOOL DISTRICT'S ANSWER**

on each interested party in said cause as indicated below:

[ ]    **(BY PERSONAL SERVICE)** I caused a copy of said pleadings to be hand delivered to the interested parties at:

[ ]    **(BY FACSIMILE)** I caused a copy of said pleadings to be sent via facsimile transmission to the interested parties at the numbers listed below (see attached fax confirmation):

[X]    **\*\*(BY OVERNIGHT MAIL)** I caused a copy of said pleadings to be sent by overnight mail to the parties listed below:

[X]    **\*(BY REGULAR MAIL)** I caused a copy of said pleadings to be placed in a United States mail depository, in a sealed envelope, with postage fully prepaid, to the below-named party.

| | |
|---|---|
| \*Office of Administrative Hearings<br>Special Education Division<br>ATTN: Presiding Administrative Law Judge<br>Sherianne Laba<br>2349 Gateway Oaks Drive, Suite 200<br>Sacramento, CA 95833-4231 | \*\*Vernon C. Goins II<br>TAYLOR, GOINS & STALLWORTH LLP<br>1330 Broadway, Suite 1701<br>Oakland, CA 94612 |

\*\*Linda Pedraza and Francisco Pedraza
22 Souza Court
Alameda, California 94501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 28, 2007 at San Ramon, California.

_Michelle Barty-Billeci_
Michelle Barty-Billeci

LOZANO SMITH
899 NORTHGATE DRIVE, SUITE 200 SAN RAFAEL, CA 94903-3666
TEL 415-459-3008 FAX 415-456-3826