Gregory A. Wedner, SBN 067965
Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344
Telephone: (925) 302-2000
Facsimile: (925) 302-2010

Attorneys for Defendant
ALAMEDA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P.,<br><br>          Plaintiff,<br><br>v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS et al.,<br><br>          Defendants. | CASE NO. C07-05989 EMC<br><br>**PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT AND JOINDER IN NOTICE OF REMOVAL OF ACTION, ETC.** |

PROOF OF SERVICE OF NOT. TO ADVERSE
PARTY OF REMOVAL TO FED. CT., ETC.

M.P. v. OAH et al.
CASE NO. C07-05989 EMC

# PROOF OF SERVICE

I, Michelle Barty-Billeci, declare that I am employed in County of Contra Costa, California. I am over the age of eighteen years and not a party to the within action. My business address is 2000 Crow Canyon Place, Suite 200, San Ramon, California, 94583.

On the date below, I served the following document(s):

**1. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;
2. JOINDER IN NOTICE OF REMOVAL OF ACTION;
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES;
4. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CAL.;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (INCLUDING CONSENT AND DECLINATION FORMS);
6. STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN;
7. ECF REGISTRATION INFORMATION HANDOUT; AND
8. UNITED STATES DISTRICT COURT, SAN FRANCISCO, GUIDELINES**

on each interested party in said cause as indicated below:

[ ]  **(BY PERSONAL SERVICE)** I caused a copy of said pleadings to be hand delivered to the interested parties at:

[ ]  **(BY FACSIMILE)** I caused a copy of said pleadings to be sent via facsimile transmission to the interested parties at the numbers listed below (see attached fax confirmation):

[ X ]  **\*\*(BY OVERNIGHT MAIL)** I caused a copy of said pleadings to be sent by overnight mail to the parties listed below:

[ X ]  **\*(BY REGULAR MAIL)** I caused a copy of said pleadings to be placed in a United States mail depository, in a sealed envelope, with postage fully prepaid, to the below-named party.

| \*\*Linda Pedraza<br>Francisco Pedraza<br>22 Souza Court<br>Alameda, CA 94502 | \*\*Vernon C. Goins II<br>Taylor, Goins & Stallworth LLP<br>1330 Broadway, Suite 1701<br>Oakland, CA 94612 | \*Office of Administrative Hearings<br>2349 Gateway Oaks Drive, Suite 200<br>Sacramento, CA 95833 |
|---|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 28, 2007 at San Ramon, California.

_/s/ Michelle Barty-Billeci_
Michelle Barty-Billeci

00002\066\PLD\SR053787.WPD