UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 05-04977 VRW**    <u>Pedraza et al v. Alameda Unified School District et al</u>

**C 07-04781 MEJ**    <u>Pedraza v. Alameda Unified School District et al</u>

    I find that the above case is related to the case assigned to me.  __X__

**C 07-05989 EMC**    <u>Pedraza v. Office of Administrative Hearings et al</u>

    I find that the above case is related to the case assigned to me.  __X__

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 13 Dec 2007          _____
                                            Chief Judge Vaughn R. Walker


Dated: _____      _____
                                            Magistrate Judge Maria-Elena James

-1-

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

DATED: 12/14/07

By: *Cora Klein*
**Deputy Clerk**

Copies to: Courtroom Deputies ✓ ✓
          Case Systems Administrators
          Counsel of Record ✓
Entered into Assignment Program: _____(date)

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PEDRAZA et al,

        Plaintiff,

v.

ALAMEDA UNIFIED SCHOOL DISTRICT
et al,

        Defendant.

*C07-5989 VRW*
*C07-4781 VRW*

Case Number: C05-04977 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mr and Mrs Francisco Pedraza
22 Souza Court
Alameda, CA 94502

Allan Keown
California Department of Education
1430 N Street, Suite 5319
Sacramento, CA 95814

Gregory Alan Wedner
Lozano Smith
2000 Crow Canyon Place, Suite 200
San Rafael, CA 94583-1344

Katherine A. Alberts
Louis A. Leone
Stubbs & Leone
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596

Vernon C. Goins
Taylor & Goins LLP
1330 Broadway
Suite 1701
Oakland, CA 94612

Dated: December 14, 2007

                                              Richard W. Wieking, Clerk
                                              By: Cora Klein, Deputy Clerk