UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

M.P.,

        Plaintiff,

v.

OFFICE OF ADMINISTRATIVE HEARINGS
et al,

        Defendant.
_____/

Case Number: CV07-05989 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Alan Wedner
Lozano Smith
2000 Crow Canyon Place, Suite 200
San Rafael, CA 94583-1344

Linda Pedraza
22 Souza Court
Alameda, CA 94502

Sherianne Laba
California Office of Adminstrative Hearings
Special Education Division
2349 Gateway Oaks Drive
Suite 200
Sacramento, CA 95833-4231

Sloan Robert Simmons
Lozano Smith
2000 Crow Canyon Place
Suite 200
San Ramon, CA 94583

Dated: January 9, 2008

                                         Richard W. Wieking, Clerk
                                         By: Cora Klein, Deputy Clerk

                                         */s/ Cora Klein*

Linda Pedraza
22 Souza Court
Alameda, CA 94502

C07-05989 VRW